# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT JORDAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDSTAR SOUTHERN MARYLAND HOSPITAL CENTER, INC.,<br><br>    Defendant. | Civil Action No. TDC-17-0743 |

## ORDER

On May 17, 2019, the parties filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 44. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date: May 20, 2019

                                                                    /s/<br>
                                            THEODORE D. CHUANG<br>
                                            United States District Judge